RECEIVED
IN MONROE, LA

AUG 2 0 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Cr. No. 04-30002-02 |
| VERSUS | JUDGE ROBERT G. JAMES |
| SYLVIA W. SHARP | MAG. JUDGE KAREN L. HAYES |

## ORDER

Pursuant to Federal Rule of Criminal Procedure 35(b)(2), the Court finds that Defendant Sylvia W. Sharp ("Sharp") has provided the United States of America (the "Government") with substantial assistance based upon information provided to the Government within one year of sentencing, but which did not become useful to the Government until more than one year after sentencing.

Accordingly, IT IS HEREBY ORDERED that the Government's motion pursuant to Rule 35 of the Federal Rules of Criminal Procedure [Doc. No. 70] is GRANTED. Sharp's sentence of imprisonment rendered on May 16, 2005, is hereby reduced from 136 months to 100 months.

MONROE, LOUISIANA, this 20 day of August, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE