

RECEIVED
IN MONROE, LA

AUG 2 0 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

UNITED STATES OF AMERICA                    Cr. No. 04-30002-02

VERSUS                                      JUDGE ROBERT G. JAMES

SYLVIA W. SHARP                             MAG. JUDGE KAREN L. HAYES

### AMENDED JUDGMENT

For the reasons stated in this Court's August 20, 2007 Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Judgment of the Court,

imposed on May 16, 2005, sentencing Defendant Sylvia W. Sharp to a term of imprisonment of 136

months is AMENDED, and Defendant's sentence is reduced to 100 months.

MONROE, LOUISIANA, this ___20___ day of ___August___, 2007.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE